UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL E. NUNEZ,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | 25-CV-8657 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

The Electronic Certified Administrative Record is due by **February 9, 2026**. Plaintiff's brief in support shall be filed by **March 10, 2026.** The Government's opposition shall be filed by **April 9, 2026.** Plaintiff's reply brief shall be filed by **April 23, 2026.**

DATED:　November 19, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge