UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL E. NUNEZ,

                    Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY.,

                    Defendant.

25 CIVIL 08657 (RFT)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated May 27, 2026, the Commissioners decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the opportunity for a hearing and issue a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**    New York, New York

          May 27, 2026

                                        **TAMMI M. HELLWIG**

                                        _____
                                        **Clerk of Court**

          **BY:**                       _____
                                        **Deputy Clerk**