UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL E. NUNEZ,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-8657 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 25, 2026, the Plaintiff, Daniel E. Nunez, filed a Motion for Attorney's Fees (the "Motion"). (*See* ECF 22.) The Commissioner shall file a letter by **August 31, 2026**, indicating whether it takes a position on the Motion.

DATED: August 26, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge